[No. 14542-1-II.   Division Two.   March 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
BOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 232558R080, James M. Marshall, J. Pro Tem.,
entered November 6, 1990. *Affirmed* by unpublished opinion
per Alexander, C.J., concurred in by Petrich and Morgan,
JJ.

[No. 15531-1-II.   Division Two.   March 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE
CRITTENDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-02913-1, Terry D. Sebring, J., entered
November 19, 1991. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and
Petrich, J.

[No. 14625-8-II.   Division Two.   March 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
LUCERO, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00460-4, Robert J. Doran, J., entered
January 15, 1991. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.